IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KEVAN FRANCIS et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA et al.,<br><br>        Defendants. | ORDER<br><br>Case No. 2:08CV244 DAK |

      Pursuant to the response filed by Plaintiffs, the claims asserted against the United States Forest Service and John Does I-X are hereby DISMISSED.

      DATED this 19th day of August, 2008.

                              BY THE COURT:

                              DALE A. KIMBALL
                              United States District Judge