AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2011 MAY -4  A 8:59
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

| | |
|---|---|
| Kevan Francis, et al. | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| United States of America | |
| | Case Number: 2:08cv244 DAK |

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Judgment be entered against the United States of America and in favor of Plaintiffs Kevan Francis and Rebecca Ives in the amount of $1,950,000.

May 3, 2011
*Date*

D. Mark Jones
*Clerk of Court*

(By) Deputy Clerk